# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
### Eastern Division

Board of Trustees of the Northern Illinois Benefit Fund, et al.

Plaintiff,

v.

Case No.: 1:08−cv−01212

Honorable Milton I. Shadur

All About Repair Plumbing, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2008:

MINUTE entry before Judge Milton I. Shadur :Status hearing set for 6/26/2008 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.