AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

BOARD OF TRUSTEES OF THE NORTHERN
ILLINOIS BENEFIT FUND, et al.

    Plaintiffs,

V.

ALL ABOUT REPAIR PLUMBING, INC.,
AN ILLINOIS CORPORATION

    DEFENDANT.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

DESIGNATED JUDGE: **08 C 1212**

DESIGNATED
MAGISTRATE JUDGE: **JUDGE SHADUR**
**MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)
ALL ABOUT REPAIR PLUMBING, INC.
C/O ITS REGISTERED AGENT, TERRI K. PETERS
109 N. MAIN STREET
P.O. BOX 8043
ELBURN, IL 60119

c/o its President Brad Randall
25487 Dauberman Rd
Elburn IL 60119

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD D. SCHWARTZ
PHILIP BRZOZOWSKI
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_/s/ Anya Ellis_

(By) DEPUTY CLERK

February 28, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]
DATE: MARCH 5, 2008 AT 7:30 PM

NAME OF SERVER (PRINT): SCOTT POCIUS
TITLE: INVESTIGATOR

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: ALL ABOUT REPAIR PLUMBING, INC C/O ITS PRESIDENT- BRAD RANDALL AT HIS PERSONAL RESIDENCE - 2 S 483 DAUBEMAN ROAD, ELBURN, IL 60119. HE CAN BE DESCRIBED AS A M/W, 35-40 YEARS, GLASSES, DARK HAIR

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/5/08

Signature of Server: Scott Pocius

Address of Server:
THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.