**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, <br><br> Plaintiffs, <br><br> v. <br><br> ALL ABOUT REPAIR PLUMBING, INC. An Illinois Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) No. 08 C 1212 ) ) Judge Shadur ) ) Magistrate Judge Valdez ) ) ) ) ) ) ) ) |

## AFFIDAVIT

I, Adam Strode, upon being first duly sworn, on oath depose and state:

1. Affiant is an auditor at the auditing firm of Bansley and Kiener, L.L.P.

2. Our firm completed a contributions compliance audit for the Northern Illinois Benefit Funds (the "Funds") on ALL ABOUT REPAIR PLUMBING, INC., an Illinois Corporation, for the period March 3, 2006 through December 31, 2007.

3. Based on our review of the company's books and records, it was determined that ALL ABOUT REPAIR PLUMBING, INC. owes the Funds $88,043.78. The breakdown of amounts owed can be found in the audit report prepared by our firm which is attached to this affidavit as Exhibit "1."

4. Our firm charged the Funds $895.47 in fees for services to perform the audit.

5. Affiant is not currently suffering any infirmities and is competent to testify to all the

foregoing.

FURTHER AFFIANT SAYETH NOT.

_____
Adam Strode

**SUBSCRIBED AND SWORN TO**
before me this 12th day
of June 2007


_____
Notary Public

**OFFICIAL SEAL**
**MARGO E LOFTHUS**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/09