**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND,<br><br>        Plaintiffs,<br><br>v.<br><br>ALL ABOUT REPAIR PLUMBING, INC. An Illinois Corporation,<br><br>        Defendant. | No. 08 C 1212<br><br>Judge Shadur<br><br>Magistrate Judge Valdez |

## AFFIDAVIT OF PHILIP BRZOZOWSKI

Philip Brzozowski, upon being first duly sworn, on oath deposes and states:

1. Affiant is an associate in the Law Firm Arnold and Kadjan handling this case.

2. Our firm has spent 7 hours in this matter.

3. Our normal rate is $175.00 per hour

4. Our firm charged the BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, (hereinafter "Northern Illinois Fringe Benefit Funds") $1,225.00 in attorneys' fees in this matter.

5. Our firm also charged the Northern Illinois Fringe Benefit Funds $350.00 for the court filing fee.

6. To date, the total amount of attorneys' fees and costs charged the Northern Illinois Fringe Benefit Funds is $1,575.00

7. Affiant is not currently suffering any infirmities and is competent to testify to all of the foregoing

FURTHER AFFIANT SAYETH NOT.

*Philip Brzozowski*
Philip Brzozowski

SUBSCRIBED AND SWORN to before me this 25th day of June 2008

Notary Public

OFFICIAL SEAL
DAWN M DE WITT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/11/11