IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND,<br><br>                    Plaintiffs,<br><br>v.<br><br>ALL ABOUT REPAIR PLUMBING, INC. An Illinois Corporation,<br><br>                    Defendant. | No. 08 C 1212<br><br>Judge Shadur<br><br>Magistrate Judge Valdez |

### NOTICE OF MOTION

TO:   ALL ABOUT REPAIR PLUMBING, INC.
C/O ITS REGISTERED AGENT, TERRI K. PETERS
109 N. MAIN STREET
P.O. BOX 8043
ELBURN, IL 60119

**PLEASE TAKE NOTICE** that on **July 10, 2008** at **9:15** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Shadur, Room 2303** in the Courtroom usually occupied by him in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment in Sum Certain.

                                        BOARD OF TRUSTEES OF THE
                                        NORTHERN ILLINOIS BENEFIT FUND,
                                        et al.

                                        <u>s/ Philip Brzozowski</u>
                                        One of their Attorneys

Donald D. Schwartz
Philip Brzozowski
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2008 I electronically filed the foregoing Notice of Motion and Motion for Order of Default and Judgment in Sum Certain with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

ALL ABOUT REPAIR PLUMBING, INC.
C/O ITS REGISTERED AGENT, TERRI K. PETERS
109 N. MAIN STREET
P.O. BOX 8043
ELBURN, IL 60119

**s/Philip Brzozowski**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: June 25, 2008