UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Board of Trustees of the Northern Illinois Benefit Fund, et al.

Plaintiff,

v.

Case No.: 1:08−cv−01212
Honorable Milton I. Shadur

All About Repair Plumbing, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

MINUTE entry before the Honorable Milton I. Shadur:Motion for order [9] is entered and continued to 7/24/08 @ 9:00 a.m. Status hearing held on 7/10/2008.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.