Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1212 | **DATE** | 7/24/2008 |
| **CASE TITLE** | Board of Trustees of the Northern Il. Benefit Fund vs. All About Repair Plumbing, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for default judgment is granted. (9-1) Enter Judgment Order. It is ordered that judgment is entered in favor of the Plaintiff and against the defendant in the sum of $90,514.25.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | SN |
|---|---|---|