

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS BENEFIT FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS PENSION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS EDUCATION FUND, BOARD OF TRUSTEES OF THE NORTHERN ILLINOIS RETIREMENT FUND, <br><br>Plaintiffs, <br><br>v. <br><br>ALL ABOUT REPAIR PLUMBING, INC. An Illinois Corporation, <br><br>Defendant. | No. 08 C 1212 <br><br> Judge Shadur <br><br> Magistrate Judge Valdez |

### JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED:**

1. Defendant, ALL ABOUT REPAIR PLUMBING, INC., an Illinois Corporation, and is hereby defaulted and Judgment as to liability is entered against it and in favor of Plaintiffs.

2. Judgment is entered in favor of Plaintiffs, Board of Trustees of the Northern Illinois Benefit Fund, et al., and against Defendant in the sum of $90,514.25 which consists of delinquent contributions, liquidated damages, audit costs and attorneys' fees and costs incurred in attempting to collect amounts due Plaintiffs.

3. This is a final and appealable order.

DATED: July 24, 2008

ENTER: *[signature]*
HONORABLE JUDGE SHADUR

Donald D. Schwartz
Philip Brzozowski
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415