# United States District Court

## Northern District of Illinois

**Eastern Division**

Board of Trustees of the Northern  
Illinois Benefit Fund

v.

All About Repair Plumbing, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 1212

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of the Plaintiffs and against the defendant in the sum of $90,514.25.

Michael W. Dobbins, Clerk of Court

Date: 7/24/2008

/s/ Sandy Newland, Deputy Clerk